# CENTRAL FALLS
## DETENTION FACILITY CORPORATION

September 5, 2017

Ralph Dinovo
#19736-038, C Pod

RE: *U.S. Marshal Quality Assurance Review*

Detainee Ralph Dinovo:

I would like to take the opportunity to thank you for your hard work in preparing your unit for the recent audit.

Through your efforts, the facility received an excellent review in the areas of cleanliness and sanitation by the auditors. The auditors specifically acknowledged your efforts.

In closing, your hard work, commitment to your assignment, and pride that you took in your work was truly evident. You have my sincere respect and appreciation.

Sincerely,

*[signature]*

Daniel W. Martin
Warden

DWM/dl

cc:     Detainee File